Naomi Levelle Haslitt, OSB No. 075857
Erin M. Burris, OSB No. 155379
Eden E. Vasquez, OSB No. 204633
Miller Nash LLP
US Bancorp Tower, Suite 3400
111 SW Fifth Ave.
Portland, OR 97204
(503) 224-5858

Attorneys for Defendant Pacific University

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| Fallon Hughes, <br><br>                           Plaintiff(s), <br><br> v. <br><br> Pacific University, <br><br>                           Defendant(s). | Case No.: 3:21-cv-00991-SI <br><br> JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT |

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☐ Yes    ☑ No

    If not, provide an explanation:

    Counsel for the parties have not yet had an opportunity to engage in settlement discussions at this time.

2. The parties propose: (*check one of the following*)

✔ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☐ (c) ADR may be helpful at a later date following completion of:

_____

_____

_____

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

_____

_____

_____

Dated: March 24, 2023      By:    s/Erin M. Burris

                                         Erin M. Burris, OSB No. 155379
                                         Attorney for Defendant

                               By:    s/Daniel Snyder

                                         Daniel Snyder, OSB No. 783856
                                         Attorney for Plaintiff