**Naomi Levelle Haslitt**, OSB No. 075857
naomi.haslitt@millernash.com
**Erin M. Burris**, OSB No. 155379
erin.burris@millernash.com
**Eden E. Vasquez**, OSB No. 204633
eden.vasquez@millernash.com
MILLER NASH LLP
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR 97204
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Defendant Pacific University

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FALLON HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC UNIVERSITY,<br><br>        Defendant. | Case No. 3:21-cv-00991-SI<br><br>DECLARATION OF ERIN M. BURRIS IN SUPPORT OF DEFENDANT PACIFIC UNIVERSITY'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Erin M. Burris, declare as follows:

1. I am counsel for defendant Pacific University (the "University") in this matter and make this declaration in support of Defendant Pacific University's Reply in Support of Its Motion for Partial Summary Judgment. In compliance with LR 7-1, on May 30, 2023, I conferred with plaintiff's counsel by telephone about this motion and the issues

Page 1 -   Declaration of Erin M. Burris in Support of Defendant Pacific University's
           Reply in Support of Its Motion for Partial Summary Judgment

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204

described therein. I make this declaration on personal knowledge of the facts set forth herein or know of them by my review of the documents.

2. Attached as **Exhibit 1** is a true and correct copy of supplemental excerpts from the deposition transcript of Fallon Hughes dated September 14, 2022.

3. Attached as **Exhibit 2** is a true and correct copy of supplemental excerpts from the deposition transcript of Dr. Anita Jafari Cleven dated October 7, 2022.

4. Attached as **Exhibit 3** is a true and correct copy of supplemental excerpts from the deposition transcript of Dr. Reza Karimigevari dated October 24, 2022.

5. Attached as **Exhibit 4** is a true and correct copy of supplemental excerpts from the deposition transcript of Jackson Ross dated October 28, 2022.

6. Attached as **Exhibit 5** is a true and correct copy of supplemental excerpts from the deposition transcript of Melanie R. Belles dated October 7, 2022.

PURSUANT TO 28 USC § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 30th day of May, 2023.

s/*Erin M. Burris*
Erin M. Burris, OSB No. 155379

4869-3568-0102.1

Page 2 -   Declaration of Erin M. Burris in Support of Defendant Pacific University's Reply in Support of Its Motion for Partial Summary Judgment

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
US BANCORP TOWER
111 SW FIFTH AVE, STE 3400
PORTLAND, OREGON 97204